| | |
|---|---|
| ROSA TORRES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-345-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 20], DENIES defendant's motion for judgment on the pleadings [D.E. 23], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on January 6, 2022, and Copies To:**
Derrick Kyle Arrowood                                    (via CM/ECF electronic notification)
Cathleen C. McNulty                                       (via CM/ECF electronic notification)

DATE:                                                              PETER A. MOORE, JR., CLERK
January 6, 2022                                                (By) /s/ Nicole Sellers
                                                                         Deputy Clerk