UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROSA TORRES,

        Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:20-CV-345-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,643.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on March 17, 2022, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Cathleen C. McNulty | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:
March 17, 2022

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
     Deputy Clerk